UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Dontague Bush,

              Plaintiff

v.

CPLC Nevada,

              Defendant

Case No. 2:26-cv-00117-CDS-NJK

**Order Accepting Magistrate Judge's Report and Recommendation and Dismissing the Plaintiff's Case**

[ECF No. 8]

Plaintiff Dontague Bush brings this action, alleging a Family and Medical Leave Act (FMLA) claim under 29 U.S.C. § 2601 against CPLC Nevada. Compl., ECF No. 4. Because Bush applied to proceed *in forma pauperis*, U.S. Magistrate Judge Nancy J. Koppe screened his filing and issued a report and recommendation (R&R) of dismissal with prejudice. Screening order, ECF No. 3; R&R, ECF No. 8.

The R&R explains that although Bush is bringing a claim under FMLA, his absence from work was not due to a family medical leave reason, but rather resulted from his commission of a crime to which he pleaded guilty and for which he was incarcerated. ECF No. 8 at 2. The R&R further explains that "[b]eing incarcerated is not a qualifying reason for FMLA leave." *Id.* (citing *Disbennett v. Millcraft Paper Co.*, 2008 WL 4372657, at *5 (S.D. Ohio Sep. 19, 2008) ("[I]ncarceration, the true reason for [the plaintiff's] absences from work, is simply not a qualifying reason for which an employer is required to give FMLA leave.").

Bush had until March 23, 2026, to file any objections to the R&R. ECF No. 8 at 3 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). Bush has neither objected to the R&R nor requested more time to do so. "No review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140,

150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless review the magistrate judge's findings and agree with the analysis and conclusion. So I accept the R&R in full.

**Conclusion**

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 8] is accepted and adopted in its entirety.** This action is dismissed with prejudice and without leave to amend.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: April 6, 2026

_____
Cristina D. Silva
United States District Judge